IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  James Lee Norwood, Jr, Debtor          Case No. 24-00430-JAW
                                                CHAPTER 13

**AFFIDAVIT OF ATTORNEY**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

Eulis Simien, Jr., of Simien & Simien, L.L.C., being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3. That said services shall be rendered under a contingent fee agreement.

4. That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

    a. As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's personal injury and property claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the 12th day of May, 2025.

X _____
By: Eulis Simien, Jr.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 12th day of May, 2025.

_____
Roy Bergeron, Jr., Notary Public
LA Bar Roll # 33726

Roy L. Bergeron, Jr.
Bar Roll No. 33726
Notary ID No. 92685
Notary Public, State of Louisiana
My Commission is for Life.