**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    James Lee Norwood, Jr, Debtor                    Case No. 24-00430-JAW
                                                                                                        **CHAPTER 13**

**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL**

      THIS CAUSE came on for consideration of the Application to Employ Special Counsel (Dkt. ___), and the Court having considered the Application and being advised in the premises, is of the opinion that said Application is well taken and should be approved.

      IT IS THEREFORE ORDERED AND ADJUDGED that Simien & Simien LLC is hereby authorized to be employed as Special Counsel, to provide assistance with Debtor's personal injury and property claim, as the Court finds that authorizing said employment of Special Counsel is in the best interests of the Debtor's Estate.

      IT IS FURTHER ORDERED AND ADJUDGED that Special Counsel's representation shall be confined to involvement with the foregoing claim.  Compensation, fees, and reimbursement of costs and expenses shall be paid to Special Counsel only after approval by this Court.  Further, compensation and reimbursement of costs shall not exceed fifty percent (50%) of the recovery.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com