**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                    **CHAPTER 13:**
**JAMES LEE NORWOOD JR.**                        **CASE NO.: 24-00430- KMS**

---

## APPLICATION TO EMPLOY COUNSEL

---

To the Honorable Judge of Said Court:

COMES NOW, James Lee Norwood Jr., Debtor, hereinafter called Debtor, respectfully shows the Court the following:

**1.**

Debtor filed her Chapter 13 Petition on February 26,2024

**2.**

The Debtor was involved in an automobile accident on July 1, 2026 and on the date of the collision, James Lee Norwood Jr. was traveling northbound on U.S. Highway 49 in the right-hand lane approaching the intersection with the green light in his favor, the driver of vehicle 2, Joseph Edwin Hindes, who was traveling southbound, attempted to make a left turn onto Old Hwy 49. Instead of yielding to oncoming traffic, Joseph Edwin Hines turned directly into the path of Mr. Norwood's vehicle leaving him with little or no opportunity to avoid the collision. The front of Mr. Norwood's vehicle struck the passenger side of the vehicle Joseph Edwin Hines drove, causing both vehicles to sustain damage. At all times James Lee Norwood Jr. drove his vehicle in a lawful, careful and prudent manner and in obedience to all applicable laws, ordinances and rules of the road.

**3.**

The Debtor's desire to employ Adrienne Aikens of the law firm of Schwartz & Associates,

P.A. to represent the interests of the Debtor, if any, and the above-described claim. The attorney has had experience in matters of this character and Debtor believes that the attorney is qualified to represent her and the bankruptcy estate in this matter. The attorney represents no interest adverse to the Chapter 13 Trustee or this bankruptcy estate and her employment would be in the best interest of this Estate. The prosecution of this cause of action is necessary for the successful reorganization of the Debtor. The attorney's mailing address, state bar number, telephone number, and e-mail address are set forth herein below.

**4.**

The professional services to be rendered by the above-named attorney would include the following:

a. To assist the Debtor in the handling of this claim.

b. To perform all other legal services for Debtor in connection with this and directly related matters which may be necessary and in the best interest of the Debtor's bankruptcy estate.

**5.**

This Motion is seeking *nunc pro tunc* approval of the employment in that the undersigned counsel was not aware that the Debtor had filed bankruptcy. An Order authorizing employment is required *nunc pro tunc* because a lot of legal work has been performed on this case, all of which will be a benefit to the Bankruptcy Estate. The approval of this Application will not prejudice any parties-in-interests because the Debtor anticipates that a recovery and/or settlement will be generated in this matter which will be a benefit to the creditors of the bankruptcy estate. Per the certificate of service, a copy of this Motion has been served upon the master mailing matrix as constituted by the Court on the date of service.

**6.**

After the performance of such legal services, or during the performance, upon proper application, the above-named attorney should be allowed reasonable compensation for services rendered as follows: Pursuant to the Professional Service Agreement, Mr. Norwood owes Schwartz & Associates, P.A., 35% of the settlement in legal fees and reasonable and necessary expenses, so long as they do not exceed 50% of the total recovery. Such fees and expenses shall be requested to be allowed as an administrative expense in this bankruptcy proceeding.

Wherefore, the Debtor prays that she be authorized to employ and appoint Adrienne Aikens of Schwartz & Associates, P.A. to represent the Debtor and the above-entitled bankruptcy estate in connection with the above referenced personal injury claim *nunc pro tunc*, and that she have such other and further relief as is just.

Respectfully Submitted,

ADRIENNE AIKENS, MSB #103674

Schwartz & Associates, P.A.
162 East Amite Street
Post Office Box 3949
Jackson, Mississippi 39201
Telephone:(601) 988-8888
Facsimile: (601) 353-0217
Email: aaikens@1call.og

## CERTIFICATE OF SERVICE

I, Adrienne Aikens, hereby certify that I have this day caused a true and correct copy of the foregoing instrument by U.S. Mail, postage prepaid to:

*U.S. Trustee*
501 E. Court Street, Suite 6-430
Jackson, MS 39201
USTPRegion05.AB.ECF@usdoj.gov

Chapter 13 Trustee
David Rawlings
PO Box 566
Hattiesburg, MS 39403-0566

Thomas Carl Rollins Jr.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236-3767

*Debtor*
James Lee Norwood Jr.
494 Mary Grove Church Rd.
Mendenhall, MS 39114-5507

All parties listed on the master mailing matrix attached hereto.

This the 21st day of July, 2026.

*/s/Adrienne Aikens*
Adrienne Aikens
aaikens@1call.org