## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                        **CHAPTER 13**
**JAMES LEE NORWOOD JR.**                        **CASE NO.:24-00430-KMS**

---

### TWENTY-ONE (21) DAY
### NOTICE

---

NOTICE IS HEREBY GIVEN that Adrienne Aikens, on behalf of the above-named

Debtor has filed an Application for Employment (Dkt # 41).[1]

NOTICE IS FURTHER GIVEN that any Creditor or party in interest wishing to object to said Application must file a written objection with the United States Bankruptcy Court for the Southern District of Mississippi, Post Office Box 2448, Jackson, Mississippi 39225, and a copy must be served upon David Rawlings, Chapter 13 Trustee, PO Box 566 Hattiesburg, MS 39403 and the United States Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201.

### THE DEADLINE FOR FILING OBJECTIONS TO THIS APPLICATION IS
### TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.

**NOTICE IS FURTHER GIVEN** that if any objections are timely filed thereto a hearing

will be set by the Court.  If no objections are filed, the Court may approve the Application *ex*

*parte*.

DATED this the 21st day of July, 2026.

RESPECTFULLY SUBMITTED,

*/s/Adrienne Aikens*
**Adrienne Aikens**
MS Bar # 103674
SCHWARTZ & ASSOCIATES, P.A.
162 E. Amite Street
Jackson, Mississippi 39201
Office: (601) 988-8888
AAikens@1call.org

---

[1] A copy of Debtor's *Application for Employment of Special Counsel, Adrienne Aikens,* is enclosed in the copies served via U. S. Mail.

1

## CERTIFICATE OF SERVICE

I, Adrienne Aikens, hereby certify that I have this 21st day of July, 2026, filed the foregoing 21 Day Notice via the Court's electronic filing system which will give notice to the following counsel of record; and via U. S. Mail, first class postage prepaid upon all parties contained in the Court's mailing matrix for this case:

Chapter 13 Trustee
David Rawlings
PO Box 566
Hattiesburg, MS 39403-0566

U.S. Trustee
501 E. Court Street, Suite 6-430
Jackson, MS 39201
USTPRegion05.AB.ECF@usdoj.gov

Thomas Carl Rollins Jr.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236-3767

*Debtor*
James Lee Norwood Jr.
494 Mary Grove Church Rd
Mendenhall, MS 39114-5507

This the 21st day of July, 2026.

*/s/Adrienne Aikens*
**Adrienne Aikens**