abel Matrix for local noticing
538-3
ase 24-00430-KMS
outhern District of Mississippi
ackson-3 Divisional Office
ie Jul 21 09:12:59 CDT 2026

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

Asia Grubbs
445 Mary Grove Church
Mendenhall, MS 39114-5502

nase Auto Finance
:tn: Bankruptcy
o Box 901076
ort Worth, TX 76101-2076

Comm Credit
121 First St Nw
Magee, MS 39111-3501

IC Systems, Inc
Attn: Bankruptcy
Po Box 64378
St. Paul, MN 55164-0378

PMorgan Chase Bank, N.A.
ational Bankruptcy Department
.O. Box 29505 AZ1-5757
noenix, AZ 85038-9505

Katie Smith
110 1st Ave NE
Magee, MS 39111

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

vnv Funding
:tn: Bankruptcy
o Box 10497
reenville, SC 29603-0497

MSDHS
Attn: Constance Morrow
PO Box 352
Jackson, MS 39205-0352

Merrick Bank
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804-9001

ie Main Financial
:tn: Bankruptcy
o Box 3251
vansville, IN 47731-3251

OneMain Financial Group, LLC
OneMain
PO Box 3251
Evansville, IN 47731-3251

Priority One Bank
PO Box 516
Magee, MS 39111-0516

antander Consumer
:tn: Bankruptcy
o Box 961245
ort Worth, TX 76161-0244

Santander Consumer USA Inc.
1601 Elm St., Ste 800
Dallas, TX 75201-7260

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

erizon
y American InfoSource as agent
515 N Santa Fe Ave
lahoma City, OK 73118-7901

Verizon Wireless
Attn: Bankruptcy
500 Technology Dr
Ste 599
Weldon Springs, MO 63304-2225

(p)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

ames Lee Norwood Jr
94 Mary Grove Church Rd
endenhall, MS 39114-5507

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

avid Rawlings
avid Rawlings, Chapter 13 Trustee
.O. Box 566
attiesburg, MS 39403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


1) Simien & Simien LLC

End of Label Matrix
Mailable recipients      22
Bypassed recipients       1
Total                    23