**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                  **CHAPTER 13:**
**JAMES LEE NORWOOD JR.**                 **CASE NO.: 24-00430-KMS**

### AFFIDAVIT

1.      I am Adrienne Aikens, Attorney at Law with the law firm of Schwartz & Associates, P.A., duly licensed to practice in the State of Mississippi.

2.      I maintain an office located at 162 E. Amite St., Jackson, MS 39201; phone number of (601) 988-8888.

3.      To the best of my knowledge, I do not represent any interest adverse to the debtors or their Estate, except that I may, from time to time, have been engaged with various entities who may be creditors, parties in interest, or their attorneys or accountants, in regard to matters not connected with this case and not involving Applicant or their affairs.

4.      I have no connections with the debtors, creditors, any other party in interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

*Adrienne Aikens*
Adrienne Aikens

SWORN TO AND SUBSCRIBED BEFORE ME, this the 27th day of July, 2026.

*Amanda Hankins Kirk*
NOTARY PUBLIC

STATE OF MISSISSIPPI
AMANDA HANKINS KIRK
NOTARY PUBLIC
Hinds County
Commission Expires
October 14, 2029
COMMISSION NUMBER 29324