24-00430-KMS   Dkt 48   Filed 07/30/26   Entered 07/30/26 13:37:19   Page 1 of 5

**RICHARD SCHWARTZ & ASSOCIATES, P. A.**

**INJURY LAWYERS**

162 East Amite Street (39201)
P.O. Box 3949
Jackson, MS 39207-3949

JACKSON MS 390

29 JUL 2026 AM 2 L

quadient
07/28/2026
US POSTAGE $000.78

FIRST-CLASS MAIL
IMI

ZIP 39201
041M12254453

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

JUL 28 2026

Danny L. Miller, Clerk of Court
By:_____,Deputy Clerk

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court St.
Suite 2.300
Jackson, MS 39201-5036

39201-503675

Bankruptcy Court
District of Mississippi
RECEIVED
28 2026
Danny L. Miller, Clerk of Court
By:
Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                    CHAPTER 13
JAMES LEE NORWOOD JR.                        CASE NO.:24-00430-KMS

---

**SECOND AMENDED TWENTY-ONE (21) DAY
NOTICE**

---

NOTICE IS HEREBY GIVEN that Adrienne Aikens, on behalf of the above-named

Debtor has filed an Amended Application for Employment (Dkt # 45).[1]

NOTICE IS FURTHER GIVEN that any Creditor or party in interest wishing to object to said Application must file a written objection with The United States Bankruptcy Court for the Southern District of Mississippi, Thad Cochran United States Courthouse 501 E. Court St. Suite 2.300, Jackson, Mississippi 39201, and a copy must be served upon David Rawlings, Chapter 13 Trustee, PO Box 566 Hattiesburg, MS 39403 and the United States Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201.

**THE DEADLINE FOR FILING OBJECTIONS TO THIS APPLICATION IS
TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.**

**NOTICE IS FURTHER GIVEN** that if any objections are timely filed thereto a hearing

will be set by the Court.  If no objections are filed, the Court may approve the Application *ex*

*parte*.

DATED this the 27th day of July, 2026.

RESPECTFULLY SUBMITTED,

*/s/Adrienne Aikens*
**Adrienne Aikens**
MS Bar # 103674
SCHWARTZ & ASSOCIATES, P.A.
162 E. Amite Street
Jackson, Mississippi 39201
Office: (601) 988-8888
AAikens@1call.org

---

[1] A copy of Debtor's *Application for Employment of Special Counsel, Adrienne Aikens*, is enclosed in the copies served via U. S. Mail.

1

## CERTIFICATE OF SERVICE

I, Adrienne Aikens, hereby certify that I have this 21st day of July, 2026, filed the foregoing 21 Day Notice via the Court's electronic filing system which will give notice to the following counsel of record; and via U. S. Mail, first class postage prepaid upon all parties contained in the Court's mailing matrix for this case:

Chapter 13 Trustee
David Rawlings
PO Box 566
Hattiesburg, MS 39403-0566

U.S. Trustee
501 E. Court Street, Suite 6-430
Jackson, MS 39201
USTPRegion05.AB.ECF@usdoj.gov

Thomas Carl Rollins Jr.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236-3767

*Debtor*
James Lee Norwood Jr.
494 Mary Grove Church Rd
Mendenhall, MS 39114-5507

This the 27th day of July, 2026.

/s/*Adrienne Aikens*
**Adrienne Aikens**

abel Matrix for local noticing
538-3
ase 24-00430-KMS
outhern District of Mississippi
ackson-3 Divisional Office
ue Jul 21 09:12:59 CDT 2026

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

Asia Grubbs
445 Mary Grove Church
Mendenhall, MS 39114-5502

aase Auto Finance
ttn: Bankruptcy
o Box 901076
ort Worth, TX 76101-2076

Comm Credit
121 First St Nw
Magee, MS 39111-3501

IC Systems, Inc
Attn: Bankruptcy
Po Box 64378
St. Paul, MN 55164-0378

PMorgan Chase Bank, N.A.
ational Bankruptcy Department
.O. Box 29505 AZ1-5757
hoenix, AZ 85038-9505

Katie Smith
110 1st Ave NE
Magee, MS 39111

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

vnv Funding
ttn: Bankruptcy
o Box 10497
reenville, SC 29603-0497

MSDHS
Attn: Constance Morrow
PO Box 352
Jackson, MS 39205-0352

Merrick Bank
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804-9001

ne Main Financial
ttn: Bankruptcy
o Box 3251
vansville, IN 47731-3251

OneMain Financial Group, LLC
OneMain
PO Box 3251
Evansville, IN 47731-3251

Priority One Bank
PO Box 516
Magee, MS 39111-0516

antander Consumer
ttn: Bankruptcy
o Box 961245
ort Worth, TX 76161-0244

Santander Consumer USA Inc.
1601 Elm St., Ste 800
Dallas, TX 75201-7260

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

erizon
American InfoSource as agent
515 N Santa Fe Ave
lahoma City, OK 73118-7901

Verizon Wireless
Attn: Bankruptcy
500 Technology Dr
Ste 599
Weldon Springs, MO 63304-2225

(p)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

ames Lee Norwood Jr
94 Mary Grove Church Rd
endenhall, MS 39114-5507

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

avid Rawlings
avid Rawlings, Chapter 13 Trustee
.O. Box 566
attiesburg, MS 39403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


1) Simien & Simien LLC

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23