**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   James Lee Norwood, Jr, Debtor              Case No. 24-00430-JAW
                                                                        CHAPTER 13

**ORDER MODIFYING CHAPTER 13 PLAN**

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtor shall surrender the 2015 Nissan Altima ("Vehicle") to the Creditor, Santander Consumer USA Inc. ("Creditor"). Progressive ("Insurance Company") shall turn over all insurance proceeds covering the Vehicle to Creditor. Creditor shall transfer title of the Vehicle to Insurance Company. Any insurance proceeds remaining after the Creditor's claim secured by the Vehicle has been satisfied shall first be applied toward any delinquency in the Debtor's Chapter 13 plan payments. Any remaining funds thereafter shall be remitted to the Debtor for the purchase of a replacement vehicle. Trustee shall cease ongoing payments to Creditor for the Vehicle. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists.  Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR