IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JAMES LEE NORWOOD, JR.,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 24-00430-KMS

DAVID RAWLINGS, TRUSTEE

**TRUSTEE'S RESPONSE TO**
**MOTION TO MODIFY PLAN (DOCKET #49)**

COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and files this Response to the Debtor's Motion to Modify (Docket No. 49) and says that the Trustee has no objection to Debtor surrendering the 2015 Nissan Altima. The Motion states Progressive should turn over the insurance proceeds to creditor; however, on August 14, 2026, the case trustee received the insurance proceeds from Progressive in an amount of $7,862.04. The trustee should receive the funds in accordance as regular plan payments, paying off Santander the remaining balance of its secured claim in the amount of $1,068.77, plus any applicable interest at 10%. The trustee should then keep a sufficient amount of the remaining insurance proceeds to bring the case current. The plan is confirmed at 100%, so that after paying Santander and bringing the plan current, the trustee will refund Debtor the amount left over.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY: *___/s/ Brian Wilson___*
Brian Wilson,
His Attorney

Brian Wilson
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 99994

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have on this day forwarded a true and correct copy of the foregoing Response, via the Court's ecf filing system, to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and TC Rollins, P.O. Box 13767, Jackson, MS 39236.

So certified on this August 19, 2026

*/s/ Brian Wilson*
Brian Wilson