**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHRN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13:** |
| **JAMES LEE NORWOOD JR.** | **CASE NO.: 24-00430-KMS** |

# ORDER ON APPLICATION TO APPROVE EMPLOYMENT

ON THIS DATE, this Court considered the Amended Application of James Lee Norwood Jr., for an order approving the employment of special counsel for the reasons stated in the Application (Doc#45) The Application has been properly served as required by LBR 2014 and no objection to the Application has been timely filed by any party. Accordingly,

The application is GRANTED and that the employment of Adrienne Aikens of Schwartz & Associates, P.A. as Special Counsel for the Chapter 13 Estate in the above-referenced case for the purposes set forth in the Motion is hereby

APPROVED *nunc pro tunc*, with such compensation as may be awarded by the Court upon proper application submitted pursuant to Fed. R. Bankr. P. 2016(a) and LBR 2016.

##END OF ORDER##

Submitted by:

*/s/Adrienne Aikens*
Adrienne Aikens, Esq., MSB#103674
**SCHWARTZ & ASSOCIATES, P.A.**
Post Office Box 3949
Jackson, Mississippi 39207-3949
Telephone: (601) 988-8888
Facsimile: (601) 949-7929
Email: aaikens@1call.org