# Proceeding Minutes / Proceeding Memo

**Case #:** 24-00430 **Case Name:** James Lee Norwood, Jr

**Set:** 10/13/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 8/13/2026 Filed by Debtor James Lee Norwood Jr Objections due 09/14/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order) (Dkt. #49)

Response filed by the Trustee (Dkt. #51)

---

Minute Entry Re: (related document(s): [49] Motion and 30 Day Notice to Modify Plan filed by James Lee Norwood) Wilson to submit an Agreed Order. Order due by 10/27/2026. Email received from Wilson. (mcc)