**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**James Lee Norwood, Jr.,** **CASE NO: 24-00430 KMS**

**DEBTOR(S).** **CHAPTER 13**

Brian Wilson, Esq.
Thomas C. Rollins, Jr., Esq.

**ORDER TO SHOW CAUSE**

YOU ARE HEREBY ORDERED TO APPEAR on December 17, 2026, at 10:30 a.m. in the William F. Colmer Federal Courthouse, Courtroom 2, 701 North Main Street, Hattiesburg, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment resulting from the hearing set on October 13, 2026, on the Motion to Modify Chapter 13 Plan filed by the Debtor (Dkt. #49) in the above-styled case. *See* Miss. Bankr.L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##